IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01037-REB-MJW

PHILLIP E. FOURCHA,

Plaintiff(s),

v.

WELLS FARGO FINANCIAL ACCEPTANCE PENNSYLVANIA, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant Trans Union LLC's Motion for Leave to Attend Scheduling Conference Via Telephone, which was filed on September 2, 2005 (Docket No. 21), is granted. Accordingly, counsel for defendant Trans Union LLC shall telephone the chambers of Magistrate Judge Watanabe at (303) 844-2403 on Tuesday, September 6, 2005, at 9:30 a.m. Mountain Time.

Date: September 2, 2005