IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-01037-REB-MJW

PHILLIP E. FOURCHA,

Plaintiff(s),

v.

WELLS FARGO FINANCIAL ACCEPTANCE PENNSYLVANIA, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Confidentiality Agreement and Protective Order (docket no. 28) is APPROVED as amended in paragraph 6 in the written Stipulated Confidentiality Agreement and Protective Order and made an Order of Court.

Date: September 29, 2005