IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-CV-1037-REB-MJW

PHILLIP E. FOURCHA,

    Plaintiff,

v.

WELLS FARGO FINANCIAL ACCEPTANCE PENNSYLVANIA, INC.,
a Pennsylvania corporation,
TRANS UNION, LLC, a Delaware limited liability company, and
"JOHN DOE", whose true name is unknown,

    Defendants.

---

## ORDER GRANTING DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR LEAVE TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE
( Docket No. 32 )

Having considered Defendant Trans Union LLC's Unopposed Motion To Attend Settlement Conference By Telephone filed November 9, 2005, and for good cause shown, the Court finds that said motion should be granted and that Trans Union's client representative, Patricia Norris, be allowed to participate in the November 22, 2005 settlement conference in this matter by telephone

_____  11-10-05
HONORABLE MICHAEL J. WATANABE,
UNITED STATES MAGISTRATE JUDGE

879249.1/SP2/83057/0380/110905

1