**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-01037-REB-MJW

PHILLIP E. FOURCHA, Plaintiff,

v.

WELLS FARGO FINANCIAL ACCEPTANCE PENNSYLVANIA, INC., a Pennsylvania corporation,
TRANS UNION, LLC, a Delaware limited liability company, and
"JOHN DOE" whose true name is unknown, Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  THE COURT, having reviewed the Unopposed Motion by Wells Fargo for Client Representative to Participate in Settlement Conference by Telephone, and being otherwise fully advised in the premises, HEREBY

  GRANTS said Motion.  Wells Fargo's client representative, Denise Johnson, may participate at the November 22, 2005 Settlement Conference by telephone.  The Court's telephone number is (303) 844-2403.  Ms. Johnson shall initiate the conference call to the court.

Date:  November 10, 2005