**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01037-REB- MJW

PHILLIP E. FOURCHA,

    Plaintiff,

v.

WELLS FARGO FINANCIAL ACCEPTANCE PENNSYLVANIA, INC.,
a Pennsylvania corporation,
TRANS UNION, LLC., a Delaware limited liability company, and,
"JOHN DOE" whose true name is unknown,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 21, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#44]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved, and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#44], filed on December 21, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for November 20, 2006, is **VACATED**; and

4. That the jury trial set to commence December 11, 2006, is **VACATED**.

Dated December 22, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge